**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VANCE S. ELLIOTT,

    Plaintiff,

  v.

SAN FRANCISCO RENT STABILIZATION AND ARBITRATION BOARD,

    Defendant.

No. C 07-80127 JSW

**ORDER DENYING MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS***

By Order filed February 15, 2006, the United States District Court for the Northern District of California declared plaintiff Vance S. Elliot a vexatious litigant. He is required to obtain leave of court before filing any new complaints. On May 17, 2007, plaintiff attempted to file a new action with the Court in which he seeks to proceed *in forma pauperis.*

Plaintiff is DENIED leave to proceed in Misc. 07-80127. Plaintiff's complaint alleges that defendant conspired with the San Francisco Board of Supervisors to provide a task force to write a policy in order to deprive citizens of rights provided by the Constitution. The denial of leave to proceed is without prejudice to plaintiff submitting a complaint that provides a detailed factual basis for his contentions.

**IT IS SO ORDERED.**

Dated: May 30, 2007

                                             *Jeffrey S. White*
                                         JEFFREY S. WHITE
                                         UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

VANCE S ELLIOTT,

    Plaintiff,

v.

SAN FRANCISCO RENT STABILIZATION AND ARBITRATION BOARD,

    Defendant.

Case Number: CV07-80127 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 30, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vance S. Elliott
The Baldwin House #227
74 Sixth Street
San Francisco, CA 94103

Dated: May 30, 2007

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk