IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VANCE S. ELLIOTT,

    Plaintiff,

v.

SAN FRANCISCO RENT STABILIZATION AND ARBITRATION BOARD,

    Defendant.

No. C 07-80127 JSW

**ORDER DENYING MOTION FOR LEAVE TO PROCEED** *IN FORMA PAUPERIS*

By Order filed February 15, 2006, the United States District Court for the Northern District of California declared plaintiff Vance S. Elliot a vexatious litigant. He is required to obtain leave of court before filing any new complaints. On May 17, 2007, plaintiff attempted to file a new action with the Court in which he seeks to proceed *in forma pauperis.* On May 30, 2007, this Court denied Plaintiff leave to proceed and permitted him to file an amended complaint. The Court has received the amended complaint which again alleges that defendant conspired with the San Francisco Board of Supervisors to provide a task force to write a policy in order to deprive citizens of rights provided by the Constitution.

It appears that Plaintiff has tried to raise the same claim in at least three different lawsuits. (*See* MISC No. 07-80001 CRB, MISC No. 07-80243 CRB, MISC No. 07-80246 CRB.) Each time, the Court denied Plaintiff leave to proceed because he failed to state a claim. The Court similarly finds here that Plaintiff has not alleged any facts that pertain to a denial of

his Constitutional rights. Accordingly, the Court DENIES Plaintiff leave to proceed in Misc No. 08-80127 JSW. The complaint is dismissed and this matter is CLOSED.

**IT IS SO ORDERED.**

Dated: November 25, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

VANCE S ELLIOTT,

        Plaintiff,

  v.

SAN FRANCISCO RENT STABILIZATION AND ARBITRATION BOARD,

        Defendant.
      /

Case Number: CV07-80127 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vance S. Elliott
The Baldwin House #227
74 Sixth Street
San Francisco, CA 94103

Dated: November 25, 2008

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk